Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48893.**—Protests 957339–G, etc., of T. H. Lung Co. (Boston).

Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48894.**—Protests 516526–G, etc., of Lun Tai & Co. (New York).

Opinion by COLE, J. In accordance with stipulation of counsel and on the authority of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247) the merchandise was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

BEFORE THE SECOND DIVISION, OCTOBER 20, 1943

**No. 48895.**—Protest 101581–K, etc., of F. Blumenthal & Co. et al. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of (1) hemp hats similar to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), (2) hemp knotted straw hats similar to those involved in Abstract 46497, and (3) hats or hoods of ramie and cellophane (racello) similar to those involved in Abstract 47291. In accordance therewith the claim as to these items was sustained.

**No. 48896.**—Protests 48256–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the items consist of hats of straw, etc., similar in all material respects to those involved in Abstract 47291. In accordance therewith the claim at only 25 percent was sustained.